IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VISTA PROFESSIONAL DEVELOPMENT, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 21-11318 (JTD) |
| ALFRED T. GIULIANO, solely in his capacity as the Chapter 7 Trustee of Vista Professional Development, LLC, *et al.*,<br><br>Plaintiff,<br><br>-against-<br><br>INTERRA-SKY LAKE CHARLES, LLC,<br><br>Defendant. | Adv. Proc. No. 23-50736 (JTD) |

**STIPULATION EXTENDING DEFENDANT'S TIME
TO RESPOND TO THE COMPLAINT**

The parties to the above-captioned adversary proceeding hereby stipulate and agree as follows:

1. Defendant Interra-Sky Lake Charles, LLC shall have through and including December 11, 2023 (the "Extension Period") to file an answer, move, or otherwise plead in response to the Complaint filed by plaintiff Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of the estates of the above-captioned debtors.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Vista Professional Development, LLC (1334); Vista Professional International, LLC (7452); New Day Vista, LLC (7094); Computer Career Center, L.P. (3502); EFG General Partner Corp. (3315); EFG Limited Partner Corp. (3194); Certified Careers Institute, LLC (3122); Education Futures Management Co. (6336); and Education Futures Group, LLC (3445).

228027339

2

2.      Except as otherwise expressly set forth herein or in any prior stipulation between the parties, neither this stipulation nor the extension granted herein shall constitute a waiver by any of the parties of any right, claim or defense concerning the Complaint or this adversary proceeding. Each party reserves all of its respective rights, claims, and defenses with respect to the Complaint and the adversary proceeding.

3.      Each party agrees that, during the Extension Period, it will negotiate in good faith with the other party in an effort to resolve this adversary proceeding.

Dated: November 10, 2023

By: */s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1100
Wilmington, Delaware 19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

*Counsel for the Chapter 7 Trustee*

Dated: November 10, 2023

By: */s/ Jeff Carruth*
Jeff Carruth, Esq.
Weycer, Kaplan, Pulaski & Zuber, P.C.
2608 Hibernia St.
Dallas, TX 75204
(713) 341-1158
jcarruth@wkpz.com

*Counsel for Defendant*